IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES DEMARCO BOGAN BEY
Fulton County Jail,

   Plaintiff,

    v.

STATE OF GEORGIA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-1646-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED and no Certificate of Appealability will be granted. The Plaintiff's Motions [Doc. 3, 6 & 13] are DENIED.

SO ORDERED, this 17 day of September, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge